```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JEA KENG KANG,                      :
                                    :
                Plaintiff,          :
                                    :         08 CIV 2518(VM)
         - against -                :
                                    :         ORDER
HERTZ VEHICLES LLC and              :
MORRIS MARSHALL, JR.,               :
                                    :
                Defendants.         :
------------------------------------X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-19-08

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court has noted that plaintiff Jea Keng Kang ("Kang") asserts that Kang is a resident of Vancouver, Washington; that defendant Morris Marshall, Jr., is a resident of Bronx, New York; and defendant Hertz Vehicles LLC is a corporation resident of New Jersey. The complaint indicates that the events giving rise to the underlying action occurred in connection with injuries Kang allegedly suffered as a result of an automobile collision that occurred on the Triborough Bridge, in Queens, New York. It therefore appears that all or most of the material events, documents, persons and potential witnesses related to this action are located in the Eastern District of New York. Accordingly, it is hereby

**ORDERED** that in the interest of justice, the maximum convenience to the parties and witnesses, and of the efficient

management of this Court's docket, the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a).

**SO ORDERED.**

DATED:   NEW YORK, NEW YORK
         19 March 2008

                                    _____
                                    VICTOR MARRERO
                                    U.S.D.J.