```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
JEA KING KANG,                       :
                                     :
                Plaintiff,           :   08 Civ 2518
                                     :
     - against -                     :   ORDER
                                     :
HERTZ VEHICLES, LLC et al.,          :
                                     :
                Defendants.          :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated March 19, 2008 the Court directed the Clerk of Court to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a), and to close the captioned case and remove it from the Court's docket as a separate action. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of March 19, 2008 the Clerk of Court is directed to transfer this case to the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         26 March 2008

                                                  VICTOR MARRERO
                                                  U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-26-08